RICHARD S. HARTUNIAN
United States Attorney

DAVID L. BROWN
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2059
david.brown@ssa.gov
Bar Roll No. 516419

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

COLEEN MARY DIETRICH,

       Plaintiff,

  v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Hon. Randolph F. Treece
Civil Action
No. 5:13-CV-00610-FJS-RFT

**CONSENT ORDER TO REMAND PURSUANT
TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

This matter having been opened to the Court by RICHARD S. HARTUNIAN United States Attorney for the Northern District of New York, and David L. Brown, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this  12th day of   December  , 2013;

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
HON. ~~RANDOLPH F. TREECE~~ Frederick J Scullin, Jr
Senior United States ~~Magistrate~~ Judge
District

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: */s/David L. Brown*
David L. Brown
Special Assistant U.S. Attorney
Attorneys for Defendant

By: */s/Howard D. Olinsky, Esq.*
Howard D. Olinsky
Olinsky Law Group
Attorney for Plaintiff