# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**Coleen Mary Dietrich**,

    Plaintiff,

vs.                               CASE NUMBER:   5:13-cv-0610
                                                           (FJS / RFT)

**Carolyn W. Colvin,**
**Acting Commissioner of**
**Social Security,**

    Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That this matter is remanded to the Commissioner so that further administrative action may be taken, on consent of the parties, pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 12th day of December, 2013.

DATED: December 16, 2013

_____
Clerk of Court

_____
Christine Mergenthaler
Deputy Clerk

entered and served 12/16/13